IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHICAGO & VICINITY LABORERS'** ) <br> **DISTRICT COUNCIL PENSION FUND,** ) <br> **CHICAGO & VICINITY LABORERS'** ) <br> **DISTRICT COUNCIL WELFARE FUND,** ) <br> **CHICAGO & VICINITY LABORERS'** ) <br> **DISTRICT COUNCIL RETIREE HEALTH** ) <br> **AND WELFARE FUND, and CATHERINE** ) <br> **WENSKUS, not individually but as** ) <br> **Administrator of the Funds,** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> **and** ) <br> ) <br> ) <br> ) <br> ) <br> **PMT SITE, LLC. A Tennessee Limited** ) <br> **Liability Company** ) <br> ) <br> **Defendant.** ) | Case No.  25-cv-4028 |

## COMPLAINT

NOW COMES Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund and Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, Administrator of the Funds ("Funds"), by their attorneys, Patrick T. Wallace, Amy N. Carollo, G. Ryan Liska, and Sara S. Schumann for their Complaint against Defendants PMT Site, LLC ("Company"):

### FACTS COMMON TO ALL COUNTS

1. Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), 28 U.S.C. §1331, and federal common law.

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3. The Chicago Laborers' Funds are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA. 29 U.S.C. §1002(3) and 37(A). They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have offices and conduct business within this District.

4. Plaintiff Catherine Wenskus is the Administrator of the Laborers' Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Laborers' Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of Union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union"). With respect to such matters, Wenskus is a fiduciary of the Laborers' Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5. Defendant Company is a Tennessee limited liability company that did and does conduct business within this District and was at all times relevant herein an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a) of the LMRA, 29 U.S.C. §185(c).

6. The Union is a labor organization within the meaning of 29 U.S.C. §185(a). The Union operates and maintains its office within the District. The Union and Company are parties to a collective bargaining agreements, which carried/carry the terms June 1, 2017 to May 31, 2021 and June 1, 2021 through May 31, 2026 ("Agreement"). (A copy of the "short form" Agreement

entered into between the Union and Company which Agreement adopts and incorporates Master Agreements between the Union and various employer associations, and also binds Company to the Laborers' Funds respective Agreements and Declarations of Trust is attached hereto as Exhibit A.)

    7.    The Funds have been duly authorized to serve as collection agents for the Union in that the Funds have been given the authority to collect from employer's union dues which should have been or have been deducted from the wages of covered employees. Further, the Funds have been duly authorized by the Construction and General Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"), the Midwest Construction Industry Advancement Fund ("MCIAF"), the Mid-American Regional Bargaining Association Industry Advancement Fund ("MARBA"), the Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation and Education Trust ("LECET"), the Concrete Contractors Association ("CCA"), the CDCNI/CAWCC Contractors' Industry Advancement Fund (the "Wall & Ceiling Fund"), the CISCO Uniform Drug/Alcohol Abuse Program ("CISCO"), the Laborers' District Council Labor Management Committee Cooperative ("LDCLMCC"), the Will Grundy Industry Trust Advancement Fund ("WGITA"), the Illinois Environmental Contractors Association Industry Education Fund ("IECA Fund"), the Illinois Small Pavers Association Fund ("ISPA"), and the Chicago Area Independent Construction Association ("CAICA") to act as an agent in the collection of contributions due to those Funds.

    8.    The Pension, Welfare and Retiree Health and Welfare Declaration of Trust Agreement documents provide Trustees with the powers to formulate, establish and maintain collection procedures for collection of contributions and those actions, procedures and polices shall be binding upon all Contributing Employers.

9. The Funds' Amended and Restated Collection and Audit Policies and Procedures provides that in the event the Funds files suit against a Contributing Employer, any liquidated damages incurred by the Contributing Employer after the lawsuit is filed will be assessed liquidated damages at twenty percent (20%) of the contributions owed. Liquidated damages assessed against late paid contribution reports which were paid prior to a lawsuit being filed are assessed at 10% of report amount. This Collection and Audit Policies was adopted by the respective Trustees for the Pension, Welfare and Retiree Health and Welfare Funds.

10. The Agreement and the Funds' respective Agreements and Declarations of Trust obligate the Company to make contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, and/or benefits for the training fund and to submit monthly remittance reports in which the Company, inter alia, identifies the employees covered under the Agreement and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

11. Late-paid Pension, Welfare, Retiree Welfare and Training Fund report contributions are assessed interest at a rate of 12% from the date the contributions were due until the contributions are paid.

12. The Agreement and the Funds' respective Agreements and Declarations of Trust requires the Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

13. The Agreement requires the Company to obtain and maintain a surety bond to guaranty the payment of future wages, pension and welfare benefits.

14. Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company performed covered work during

the months of September 2024 through January 2025 but failed to pay the Funds all required contributions. According to fringe benefit reports submitted but not paid the Company:

    (a)    failed to pay contributions in the amount of $5,970.72 for the month of September 2024 thereby depriving the Pension, Welfare, Retiree Welfare and Training Funds of information and income necessary to administer the Funds;

    (b)    failed to pay contributions in the amount of $6,539.36 for the month of October 2024 thereby depriving the Pension, Welfare, Retiree Welfare and Training Funds of information and income necessary to administer the Funds;

    (c)    failed to pay contributions in the amount of $5,970.72 for the month of November 2024 thereby depriving the Pension, Welfare, Retiree Welfare and Training Funds of information and income necessary to administer the Funds;

    (d)    failed to pay contributions in the amount of $6,255.04 for the month of December 2024 thereby depriving the Pension, Welfare, Retiree Welfare and Training Funds of information and income necessary to administer the Funds; and

    (e)    failed to pay contributions in the amount of $6,539.36 for the month of January 2025 thereby depriving the Pension, Welfare, Retiree Welfare and Training Funds of information and income necessary to administer the Funds

    15.    The Company's failure to timely pay its September 2024 through January 2025 fringe benefit reports resulted in 10% liquidated damages being assessed against the reports. Accordingly, the Company owes $3,127.53 in accumulated liquidated damages on those late-paid reports.

    16.    The Company also owes interest totaling $501.73 that was assessed interest at a rate of 12% from the date the contributions were due until the contributions are paid.

17. An itemized summary of contributions, liquidated damages and interest due from the Company is attached as Exhibit B.

18. The Company's actions in failing to submit timely payment of benefit contributions reports violates Section 515 of ERISA, 29 U.S.C. §1145.

WHEREFORE, Plaintiffs respectfully request this Court enter the following order against Defendant PMT Site, LLC. as follows:

a. Judgment is entered in favor of the Funds and against Defendant PMT Site, LLC. for unpaid fringe benefit contributions reported but not paid for September 2024 through January 2025 totaling $31,275.20 plus liquidated damages of $3,127.53 interest of $501.73 and reasonable attorney fees and costs;

b. Judgment is entered on monthly fringe benefit reports amounts that become due and are not paid by the Company during the pendency of this litigation; and

c. For any other relief deemed just and equitable

## COUNT II
### (Failure To Submit Dues Contributions)

19. Plaintiffs re-allege paragraphs 1 through 18 of Count I as this paragraph 19.

20. Pursuant to agreement, the Funds have been duly designated to serve as collection agents for the Union in that the Funds have been given the authority to collect from employer's union dues which have been or should have been deducted from the wages of covered employees.

21. Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company has failed to pay dues reports for the period of January 2024 through January 2025 totaling $5,629.16 plus ten percent liquidated damages totaling $562.91.

WHEREFORE, Plaintiffs respectfully request that this Court enter the following order in against Defendant PMT Site, LLC:

    a.    Judgment is entered in favor of the Funds and against Defendant PMT Site, LLC for unpaid dues contributions for January 2024 through January 2025 totaling $5,629.16 plus liquidated damages of $562.91 and reasonable attorney fees and costs; and

    b.    For any other relief deemed just and equitable.

    Respectfully submitted,

April 14, 2025    Chicago & Vicinity Laborers' District Council Pension Fund, et al.

    By:  /s/ G. Ryan Liska

G. Ryan Liska
Office of Fund Counsel
11465 W. Cermak Road
Westchester, Illinois 60154
(312) 692-1540



# LiUNA!

## CONSTRUCTION & GENERAL LABORERS'
### DISTRICT COUNCIL OF CHICAGO AND VICINITY
AFFILIATED WITH THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA
999 McClintock Drive • Suite 300 • Burr Ridge, IL 60527 • Phone: 630/655-8289 • Fax: 630/655-8851

**INDEPENDENT CONSTRUCTION INDUSTRY COLLECTIVE BARGAINING AGREEMENT**

It is hereby stipulated and agreed by and between **PMT SITE LLC** ("Employer") and the Construction and General Laborers' District Council of Chicago and Vicinity, Laborers' International Union of North America, AFL-CIO ("Union"), representing and encompassing its affiliated Local Unions, including Local Nos. 1, 2, 4, 5, 6, 60, 75, 76, 152, 225, 582, 681, 1001, 1035, 1092, together with any other Local Unions that may come within its jurisdiction ("Local Unions"), and encompassing the geographic areas of Cook, Lake, DuPage, Will, Grundy, Kendall, Kane, McHenry and Boone counties, Illinois, that:

1. **Recognition.** [body paragraphs illegible in scan]

2. **Labor Contract.** [body paragraphs]

3. **Total economic increase.** The Employer shall pay its employees a total economic increase of $2.45 per hour effective June 1, 2021, $2.50 per hour effective June 1, 2022, $2.55 per hour effective June 1, 2023, $2.60 per hour effective June 1, 2024, and $2.55 per hour effective June 1, 2025, said amounts to be allocated between wages, fringe benefits and other funds by the Union in its sole discretion. Effective June 1, 2021, the minimum wage rate shall be $45.90 per hour.

4. **Checkoff Deductions and Remittances.** [body]

5. **Work Jurisdiction.** [body]

6. **Subcontracting.** [body]

7. **Fringe Benefits.** [body]

8. **Contract Enforcement.** [body]

9. **Successors.** [body]

10. **Termination.** This Agreement shall remain in full force and effect from June 1, 2021 (unless dated differently below) through May 31, 2026, and shall continue thereafter unless there has been given written notice by certified mail by either party, received no less than sixty (60) nor more than ninety (90) days prior to the expiration date, of the desire to modify or amend this Agreement through negotiations...

11. **Execution.** The signatory below warrants his or her receipt of the applicable association Collective Bargaining Agreement(s) and authorization from the Employer to execute this Agreement, without fraud or duress, and with full knowledge of the obligations and understandings contained herein. The parties acknowledge and accept facsimile and electronic signatures on this Agreement as if they were the original signatures.

Dated **April 1**, 20 **22**

ACCEPTED:
Laborers' Local Union No **76**

_[signature]_

**CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY**

By _[signature]_ James P. Connolly, Business Manager

By _[signature]_ Charles LaVerde, Secretary-Treasurer

Applicable association collective bargaining agreement(s): **✗ CAICA**

(rev 2021)    WHITE - LOCAL UNION • CANARY - TRUST FUND • PINK - DISTRICT COUNCIL • GOLD - EMPLOYER

---

**PMT SITE LLC**
(Employer)

FEIN No **85-2815691**

By **Philip Terhaar**
(Print Name and Title)

**Philip Terhaar** _[signature]_
(Signature)

**2909 Cherrybark Ct**
(Address)

**Hormitage, TN, 37076**
(City, State and Zip Code)

**618-402-7440**
(Telephone)

**pterhaar@pmtmanagementco.com**
(Email Address)

**EXHIBIT A**



**Chicago & Vicinity Laborers' District Council**
Health & Welfare Fund • Retiree Health & Welfare Fund • Pension Fund

11465 W. Cermak Road, Westchester, IL 60154-5768 | www.chicagolaborersfunds.com
Toll Free: (866) 906-0200 • Telephone: (708) 562-0200

**LiUNA!** *Feel the Power*

Employer: *PMT Site, LLC*
Contribution Reports: *9/24 - 1/25*
Dues Rpts/LD's: *1/24 - 1/25*

| Trans # | Type | Identifier | Billing Location | Amount | H&W Balance | Retiree Welfare Balance | Pension Balance | Training Balance | Dues |
|---|---|---|---|---|---|---|---|---|---|
| 4913860 | Dues Accumulated Shortages | | 035960 PMT SITE, LLC | $5,629.16 | | $0.00 | $0.00 | $0.00 | $5,629.16 |
| 4891498 | Work Report | 2024-11 Work Report | 035960 PMT SITE, LLC | $5,970.72 | | $2,016.00 | $2,842.56 | $152.88 | $0.00 |
| 4891494 | Work Report | 2024-09 Work Report | 035960 PMT SITE, LLC | $5,970.72 | | $2,016.00 | $2,842.56 | $152.88 | $0.00 |
| 4891500 | Work Report | 2024-12 Work Report | 035960 PMT SITE, LLC | $6,255.04 | | $2,112.00 | $2,977.92 | $160.16 | $0.00 |
| 4891502 | Work Report | 2025-01 Work Report | 035960 PMT SITE, LLC | $6,539.36 | | $2,208.00 | $3,113.28 | $167.44 | $0.00 |
| 4891496 | Work Report | 2024-10 Work Report | 035960 PMT SITE, LLC | $6,539.36 | | $2,208.00 | $3,113.28 | $167.44 | $0.00 |
| 4891495 | Liquidated Damages | 2024-09 LD | 035960 PMT SITE, LLC | $597.08 | | $201.60 | $284.26 | $15.29 | $0.00 |
| 4891499 | Liquidated Damages | 2024-11 LD | 035960 PMT SITE, LLC | $597.08 | | $201.60 | $284.26 | $15.29 | $0.00 |
| 4891501 | Liquidated Damages | 2024-12 LD | 035960 PMT SITE, LLC | $625.51 | | $211.20 | $297.79 | $16.02 | $0.00 |
| 4891497 | Liquidated Damages | 2024-10 LD | 035960 PMT SITE, LLC | $653.93 | | $220.80 | $311.33 | $16.74 | $0.00 |
| 4891537 | Liquidated Damages | 2025-01 LD | 035960 PMT SITE, LLC | $653.93 | | $220.80 | $311.33 | $16.74 | $0.00 |
| 4890453 | Interest | Interest for Collection Case ID | 035960 PMT SITE, LLC | $501.73 | | $169.40 | $238.89 | $12.83 | $0.00 |

Grand Total Due: $40,533.62



EXHIBIT B